```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   MITCH'S AUTO SERVICE      :    CIVIL ACTION
   CENTER, Inc., et al.,     :    NO. 10-3413
                             :
         Plaintiffs,         :
                             :
   v.                        :
                             :
   STATE AUTOMOBILE MUTUAL   :
   INSURANCE COMPANY,        :
                             :
         Defendant.          :
```

## O R D E R

**AND NOW**, this **24th** day of **October, 2011**, it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 20) is **GRANTED in part and DENIED in part** as follows:

1) Defendant's motion is **DENIED** as to Plaintiffs' Count One claim for breach of contract;

2) Defendant's motion is **GRANTED** as to Plaintiffs' Count Three statutory bad faith claim;

It is hereby further **ORDERED** that Plaintiffs' motion for leave to file a response brief (doc. no. 23) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

                        S/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the substance of Plaintiffs' response brief in the disposition of Defendant's motion for summary judgment.